■ THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE ODDO.— Motion to relieve court-assigned counsel granted and the order of this court entered on May 31, 1962 is amended by striking out the designation of Sidney E. Friedman, Esq., as counsel to prosecute the appeal and by substituting therefor

Edward Panzer, Esq., of 507 East 161st St., Bronx, N. Y., as such counsel. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.